FILED

APR 06 2017

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

To whom It May Concern,                    3-31-17

I'm writing wanting to know the
status on my civil Suit I filed. (Case Number 1:16CV166).
I haven't heard Anything or Received Anything
Concerning my Case. PLEASE write me back letting
ME KNOW the status on my Case And is there Any-
thing else that I NEED to do.
Thank You!

Tara JEAN VAUGHN 30115-0s
501 Capital Circle NE
Tallahassee Fl, 32301
CASE #: 1:16CV166