FILED

SEP 11 2017

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**TARA JEAN VAUGHN,**

      **Plaintiff,**

v.                                             Civil Action No. 1:16cv166
                                                 (Judge Keeley)

**HAZELTON CORRECTIONAL INSTITUTION FCI;
VERO, LT; SHANNON, Officer for the SHU,**

      **Defendants.**

### ORDER DISMISSING CASE

On June 29, 2017, an Order was entered granting the *pro se* Plaintiff, Tara Jean Vaughn ("Vaughn"), leave to proceed *in forma pauperis* and directing her to pay an initial partial filing fee of $8.80 within twenty-eight days. The Order informed Vaughn that failure to pay the fee within the required time period might result in an order dismissing the case.

On August 8, 2017, United States Magistrate Judge Robert W. Trumble reviewed the file and determined that Vaughn had failed to pay the initial partial filing fee. Accordingly, an Order to Show Cause was entered providing Vaughn with fourteen days to show cause why her case should no be dismissed. The Order was sent by certified mail, and service was accepted on August 14, 2017.

Upon review of the file on this date, the Court finds that Vaughn has not complied with the Court's Order of August 8, 2017, has not requested an extension of time to do so, or otherwise explained her reasons for noncompliance. Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, it is **ORDERED** that this matter is hereby **DISMISSED WITHOUT PREJUDICE** for the failure to prosecute.

IT IS SO ORDERED.

The Clerk is **DIRECTED** to transmit a copy of this order to Vaughn by certified mail,

return receipt requested, to her last known address as reflected on the docket sheet.

DATED: September 11, 2017

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE